IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. HAYES,

      Plaintiff,          No. CIV S-05-0147 MCE GGH P

    vs.

ROD HICKMAN, et al.,

      Defendants.      ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

      Plaintiff is required to pay the statutory filing fee of $150.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $60 will be assessed by this order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

1

1  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

2  month's income credited to plaintiff's prison trust account.  These payments will be forwarded

3  by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

4  exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

5      On January 24, 2005, plaintiff filed the original complaint.  On April 20, 2005,

6  plaintiff filed an amended complaint.  The court will screen the amended complaint because it

7  supersedes the original complaint.  Fed. R. Civ. P. 15.

8      The only named defendant in the amended complaint is Dr. Cummins.  It appears

9  that plaintiff intends for the amended complaint to supplement the claims contained in the

10  original complaint.  A complaint must contain all claims against all defendants.  Local Rule 15-

11  220.  Because plaintiff's amended complaint does not appear to contain all claims against all

12  defendants, it is dismissed with leave to amend.

13      On April 20, 2005, plaintiff filed a document titled "notice of motion of

14  defendants to hinder litigation and due process of plaintiff."  In this motion, plaintiff complains

15  about a variety of prison conditions including inadequate medical care and inadequate law library

16  access.  Because plaintiff has not filed a colorable complaint, the court will not consider

17  plaintiff's motion for injunctive relief.  Once plaintiff files a complaint deemed colorable by the

18  court, he may re-file his motion.

19      Accordingly, IT IS HEREBY ORDERED that:

20      1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

21      2.  Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action.

22  Plaintiff is assessed an initial partial filing fee of $60.  All fees shall be collected and paid in

23  accordance with this court's order to the Director of the California Department of Corrections

24  filed concurrently herewith.

25  /////

26  /////

1        3.  Plaintiff's amended complaint filed April 20, 2005, is dismissed with thirty

2  days to file a second amended complaint; failure to comply with this order will result in a

3  recommendation of dismissal of this action;

4        4.  Plaintiff's April 20, 2005, "motion of defendants to hinder the litigation

5  process" is denied.

6  DATED: 5/17/05

7

8                     /s/ Gregory G. Hollows

9                     GREGORY G. HOLLOWS
                       UNITED STATES MAGISTRATE JUDGE

ggh:kj

10  hay147.ame

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26