1

2

3

4

5

6

7

8

9                           IN THE UNITED STATES DISTRICT COURT

10                        FOR THE EASTERN DISTRICT OF CALIFORNIA

11   HENRY C. HAYES,

12              Plaintiff,                          No. CIV S-05-0147 MCE GGH P

13         vs.

14   ROD HICKMAN, et al.,

15              Defendants.                         <u>ORDER</u>

16   _____/

17              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

18   42 U.S.C. § 1983.  On May 18, 2005, the court dismissed the amended complaint with thirty days

19   to file a second amended complaint.  Pending before the court is the second amended complaint

20   filed May 27, 2005.

21              Named as defendants are Hickman, Woodford, Runnels, Cummins, Spellinger,

22   Ross, Jenesky, Felker, Perez, Aires, Stipling, Beckman and Hellwig.  Plaintiff alleges that

23   defendants "failed to exercise the proper care with the proper degree of knowledge, and skill and

24   so negligently, carelessly, recklessly, wantonly and unlawfully treated, provided care, monitoring,

25   examination and other professional services in that among other things they failed to adequately

26   and properly diagnose and treat plaintiff for mental health disorder."  Second Amended

                                                   1

1 | Complaint, ¶ 6.

2 |        Plaintiff does not specifically describe the inadequate medical care provided by

3 | these defendants.  Vague and conclusory allegations of official participation in civil rights

4 | violations are not sufficient.  <u>See</u> <u>Ivey v. Board of Regents</u>, 673 F.2d 266, 268 (9th Cir. 1982).

5 | Because the claims against these defendants are vague and conclusory they are dismissed with

6 | leave to amend.  The court will grant plaintiff one final opportunity to cure the pleading defects.

7 | If plaintiff files a third amended complaint, he must describe the conduct of each defendant

8 | which allegedly violated his constitutional rights.  Plaintiff must describe the mental health

9 | treatment each defendant allegedly failed to provide him with and describe the circumstances of

10 | that failure to treat.

11 |        Accordingly, IT IS HEREBY ORDERED that the second amended complaint

12 | filed May 27, 2005, is dismissed with thirty days to file a third amended complaint; failure to file

13 | a third amended complaint within this time will result in a recommendation of dismissal of this

14 | action.

15 | DATED: 6/15/05

16 |

17 |                           /s/ Gregory G. Hollows

18 |                           GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

19 | ggh:kj
hay147.am(2)

20 |

21 |

22 |

23 |

24 |

25 |

26 |