IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. HAYES,

    Plaintiff,                   No. CIV S-05-0147 MCE GGH P

    vs.

ROD HICKMAN, et al.,

    Defendants.             FINDINGS AND RECOMMENDATIONS

                          /

           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 16, 2005, the court dismissed the second amended complaint with leave to file a third amended complaint. Pending before the court is the third amended complaint filed July 11, 2005. For the following reasons, the court recommends that this action be dismissed.

           Again named as defendants are Hickman, Woodford, Runnels, Cummins, Spellinger, Ross, Jenesky, Felker, Perez, Aires, Beckman and Hellwig. Plaintiff again alleges that defendants "failed to exercise the proper care with the proper degree of knowledge, and skill and so negligently, carelessly, recklessly, wantonly and unlawfully treated, provided care, monitoring, examination and other professional services in that among other things they failed to

adequately and properly diagnose and treat plaintiff for mental health disorder." Third Amended Complaint, ¶ 6.

Plaintiff has again failed to specifically describe the inadequate medical care provided by these defendants. Vague and conclusory allegations of official participation in civil rights violations are not sufficient. See Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982). Plaintiff has again made vague and conclusory allegations against these defendants. Because it does not appear that plaintiff can cure this pleading defect and state a colorable claim, the court recommends that this action be dismissed.

IT IS HEREBY RECOMMENDED that this action be dismissed for failure to state a claim.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  8/5/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
hay147.dis