IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. HAYES,                               No. CIV S-05-0147 MCE GGH P

      Plaintiff,

  v.                                          ORDER

ROD HICKMAN, ET AL.,

      Defendants.

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 5, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

///

1

Plaintiff has not filed objections to the findings and recommendations.

The magistrate judge found that the third amended complaint filed July 11, 2005, failed to state a colorable claim.  On July 20, 2005, plaintiff filed a request to dismiss the third amended complaint and proceed with the original complaint filed January 24, 2005.  On April 20, 2005, plaintiff filed a first amended complaint.  On May 18, 2005, the court issued an order finding that the first amended complaint superseded the original complaint, and dismissed the amended complaint with leave to amend.  Plaintiff cannot reinstate a complaint that has been superseded by a later pleading.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's July 20, 2005, request to dismiss the third amended complaint and proceed with the original complaint is denied;

2.  The findings and recommendations filed August 5, 2005, are adopted in full; and

3.  This action is dismissed for failure to state a claim.

DATED: November 2, 2005

1
2
3             _____
              MORRISON C. ENGLAND, JR
4             UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26