IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY C. HAYES, | No. 2:05-cv-0147-MCE-GGH-P |
| Plaintiff, | |
| v. | ORDER |
| ROD HICKMAN, ET AL., | |
| Defendants. | |

On November 3, 2005, the Court dismissed this action. On January 9, 2006, Plaintiff filed a Motion for Reconsideration which the Court construes as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b). After carefully considering the record, the Court finds that Plaintiff's motion is without merit.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's January 9, 2006, Motion for Reconsideration, construed as a Motion for Relief from Judgment pursuant to Fed. R. Civ. P. 60(b), is DENIED.

DATED: January 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2