UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| HENRY C. HAYES,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>ROD HICKMAN, Secretary Youth and Adult Corrections; et al.,<br><br>    Defendants - Appellees. | No. 06-15219<br>D.C. No. CV-05-00147-MCE/GGH<br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: _____

_____

_____

_____

_____
Judge   MORRISON C. ENGLAND, JR.
United States District Court

Date: __MAR 13 2006__